Robert L. TONEY, Appellant,

v.

Howard McFADDEN, et al., Respondents.

WD 39815.

Missouri Court of Appeals, Western District.

May 17, 1988.

Robert L. Toney, pro se.

William L. Webster, Atty. Gen., Deborah Neff, Asst. Atty. Gen., Jefferson City, for respondents.

Before MANFORD, P.J., and TURNAGE and COVINGTON, JJ.

**ORDER**

PER CURIAM.

Appeal from an order dismissing petition for failure to state a cause of action upon which relief can be granted.

Affirmed. Rule 84.16(b).